IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER GLOEGE,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

Case No. 19-cv-250-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Christopher Gloege against defendant Andrew M. Saul, Commissioner of Social Security reversing the decision of the Commissioner and remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ K. Frederickson, Deputy Clerk | 11/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |